# Labaton Sucharow

212 907-0650 direct
212 883 7550 fax
fmcconville@labaton.com

March 19, 2019

**BY CM/ECF**

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Plumbers and Steamfitters Local 60 Pension Trust v. Nielsen Holdings plc, No. 18-cv-12046 (JFK)**

Dear Judge Keenan:

I am Counsel at Labaton Sucharow LLP, attorneys for Lead Plaintiff movant the Public Employees' Retirement System of Mississippi ("Mississippi PERS") and proposed Lead Counsel in the above-referenced action. I write to request a continuance of the pretrial conference presently scheduled for March 21, 2019 at 11:00 a.m. in order to conserve the Court's resources. All parties to the above-referenced action consent to this request for continuance.

By way of background, this is a federal securities class action governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which provides for appointment of a lead plaintiff and lead counsel. All motions for appointment as lead plaintiff and for approval of lead counsel have been timely filed in the above-referenced matter and in all related matters, and Mississippi PERS anticipates resolution of the pending motions between the parties in the near future.

In light of the governing provisions of the PSLRA, the parties agree that the pretrial conference currently scheduled for March 21—prior to the appointment of a lead plaintiff and lead counsel—would not be an efficient use of the Court's time and resources. Therefore, Mississippi PERS requests that the Court adjourn the pretrial conference to a date after the appointment of the lead plaintiff and lead counsel. The parties jointly suggest April 18, 2019 at 11:00 a.m. for the rescheduled conference. This is the first request of any party for an adjournment in this matter.

Respectfully submitted,

Francis P. McConville

cc:    All counsel of record (by ECF)